**FILED**
10/4/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SMB  **22CR500**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 248(a)(3) |
| MICHAEL BARRON | ) | |

The UNITED STATES ATTORNEY charges:

On or about June 5, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL BARRON,

defendant herein, intentionally damaged and destroyed the property of a facility, namely the Planned Parenthood Health Center, because that facility provided reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(3).


*John R. Lausch, Jr.* by SME
UNITED STATES ATTORNEY

**PRESIDING JUDGE YOUNG B. KIM**