

**JUDGE KIM**

FILED
EW
8/21/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 22 CR 500 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 248(a)(3) |
| MICHAEL BARRON | ) | **Superseding Information** |

## COUNT ONE

The ACTING UNITED STATES ATTORNEY charges:

On or about May 12, 2021, at Chicago, in the Northern District of Illinois,
Eastern Division,

MICHAEL BARRON,

defendant herein, intentionally damaged the property of a facility, namely the
American Women's Medical Center, because that facility provided reproductive
health services;

In violation of Title 18, United States Code, Section 248(a)(3).

## COUNT TWO

The ACTING UNITED STATES ATTORNEY further charges:

On or about May 16, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

### MICHAEL BARRON,

defendant herein, intentionally damaged the property of a facility, namely the American Women's Medical Center, because that facility provided reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(3).

## COUNT THREE

The ACTING UNITED STATES ATTORNEY further charges:

On or about May 23, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL BARRON,

defendant herein, intentionally damaged the property of a facility, namely the Planned Parenthood Health Center, because that facility provided reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(3).

## COUNT FOUR

The ACTING UNITED STATES ATTORNEY further charges:

On or about May 24, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

### MICHAEL BARRON,

defendant herein, intentionally damaged the property of a facility, namely the Planned Parenthood Health Center, because that facility provided reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(3).

## COUNT FIVE

The ACTING UNITED STATES ATTORNEY further charges:

On or about May 25, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL BARRON,

defendant herein, intentionally damaged the property of a facility, namely the American Women's Medical Center, because that facility provided reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(3).

## COUNT SIX

The ACTING UNITED STATES ATTORNEY further charges:

On or about June 5, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

### MICHAEL BARRON,

defendant herein, intentionally damaged the property of a facility, namely the Planned Parenthood Health Center, because that facility provided reproductive health services;

In violation of Title 18, United States Code, Section 248(a)(3).

_____
ACTING UNITED STATES ATTORNEY